**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

_____

No. 95-60321
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

VERSUS

ROGER O. DYESS,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Mississippi
(2:94-CR12PS-1)

_____

November 24, 1995
Before KING, SMITH, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]


Roger O. Dyess argues that the district court abused its discretion in denying his motion for a mistrial based on the admission of extrinsic evidence of other crimes or bad acts allegedly committed by Dyess. We have reviewed the record, including the transcripts of the trial, and find no reversible error.

_____

Local Rule 47.5.1 provides: "The publication of opinions that have no precedential value and merely decide particular cases on the basis of well-settled principles of law imposes needless expense on the public and burdens on the legal profession." Pursuant to that rule, the court has determined that this opinion should not be published.

AFFIRMED.